```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE F04-0021--CV (RRB)
                    "ANN C. TURNER V USA"

         Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 08/05/04
            Closed: 11/03/05

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (362) Personal injury - medical malpratice

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 09/07/04 receipt # 40100985
          Trial by:


Parties of Record:                        Counsel of Record:

PLF 1.1         TURNER, ANN C.            Paul B. Eaglin
                                          Eaglin Law Office
                                          POB 81910
                                          Fairbanks, AK 99708-1910
                                          907-374-4744
                                          FAX 907-374-4766

DEF 1.1         UNITED STATES OF AMERICA  Gary M. Guarino
                                          U.S. Attorney's Office
                                          222 W. 7th Avenue, #9
                                          Anchorage, AK 99513-7567
                                          907-271-5071
                                          FAX    -    -
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE F04-0021--CV (RRB)
                                  "ANN C. TURNER V USA"

                                   For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 08/05/04
            Closed: 11/03/05

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

   Nature of Suit: (362) Personal injury - medical malpratice

            Origin: (1) Original Proceeding
            Demand:
       Filing fee: Paid $150.00 on 09/07/04 receipt # 40100985
          Trial by:


Document #   Filed      Docket text

    1 -  1  08/05/04   Application to proceed without prepayment of fees.

    2 -  1  08/05/04   Complaint filed.

    3 -  1  09/02/04   RRB Order denying motion to waive the filing fee.  Ms. Turner must pay
                       the Court's $150.00 filing fee by 10/1/04 or this action will be
                       dismissed w/out further notice.  cc: cnsl

    4 -  1  09/07/04   PLF 1 Return of Service Executed on U.S. Attorney's Office 9-7-04
                       personally served by Paul Eaglin (w/acceptance of service attached).

    5 -  1  09/27/04   PLF 1 Affidavit of Service by mail on John Ashcroft, Attorney General of
                       the U.S. on 9-13-04 with Exhibit 1 attached.

    6 -  1  11/05/04   DEF 1 Answer to Complaint.

    7 -  1  11/05/04   RRB Minute Order Unless one of the parties files a notice by 11/23/04
                       declining to participate in ENE, this case will proceed to ENE with
                       Judge von der Heydt acting as the Evaluator.  cc: cnsl

    8 -  1  11/19/04   DEF 1 Notice re: early neutral evaluation.

    9 -  1  11/22/04   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                       due w/i 28 days from svc of this ord. cc: cnsl

   10 -  1  12/17/04   PLF 1; DEF 1 scheduling and planning conference report, all discovery
                       commenced in time to be completed by 08/31/2005, trial 45 days after the
                       discovery close date.

   11 -  1  01/27/05   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                       discovery 08/31/05; Discovery to close 08/31/05; Dispositive motions
                       deadline 09/30/05; Estimate of trial 5 days. cc: cnsl

   12 -  1  06/09/05   PLF 1; DEF 1 Stipulation for extension of time regarding discovery
                       deadlines.

   13 -  1  06/10/05   RRB Order granting Stipulation for extension of time regarding discovery
                       deadlines (12-1). Discovery to close 10/28/05; Dispositive motions
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE F04-0021--CV (RRB)
                                "ANN C. TURNER V USA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | deadline 11/30/05; Expert Report and Final Witness Lists due 9-16-05. cc: cnsl |
| 14 - 1 | 09/06/05 | PLF 1; DEF 1 Stipulation for stay of proceedings (for 60 days). |
| 15 - 1 | 09/08/05 | RRB Order granting stipulation for stay of proceedings. Status report due 10/28/05. (14-1)   cc: cnsl |
| 16 - 1 | 10/05/05 | DEF 1 Notice Regarding Settlement. |
| 17 - 1 | 10/12/05 | Minute Order that settle docs or stat rpt due w/i 30 days. cc: cnsl |
| 18 - 1 | 11/02/05 | PLF 1; DEF 1 Stipulation to dismiss; case settled. |
| 18 - 2 | 11/03/05 | RRB Order granting stipulation Stipulation to dismiss; case settled. (18-1) cc: csnl |